IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

                                                                                                     No. 12 CR-3182- JB

vs.

JEROME ECKSTEIN,

        Defendant.

## JEROME ECKSTEIN'S NOTICE OF WITHDRAWAL OF HIS EMERGENCY APPEAL OF DETENTION ORDER [DOC. 139]

      Defendant Jerome Eckstein, by and through his counsel of record, Jason Bowles, hereby notifies this Court of his withdrawal of his Emergency Appeal of Detention Order [Doc. 139]. Defendant Jerome Eckstein and Assistant United States Attorney, Joel Meyers have agreed upon conditions of release for Mr. Eckstein.

                                                                        Respectfully Submitted,

                                                                      /s/ Jason Bowles
                                                                      Jason Bowles
                                                                      P.O. Box 25186
                                                                      Albuquerque, New Mexico 87125
                                                                      Phone: (505) 217-2680
                                                                      Facsimile: (505) 217-2681
                                                                      Jason@bowlesandcrow.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2013, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for the United States, and current counsel of record for the Defendant(s), to be served with a copy of this pleading by electronic means.

/s/ Jason Bowles
Jason Bowles