IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

                                            No. 12 CR-3182- JB

vs.

JEROME ECKSTEIN,

        Defendant.

**NOTICE OF EXHIBITS FOR HEARING ON DEFENDANT JEROME ECKSTEIN'S MOTION TO MODIFY CONDITIONS OF RELEASE [DOC. 255]**

Defendant Jerome Eckstein, by and through his counsel of record, Jason Bowles, hereby notifies this Court of exhibits to be used at the hearing on May 16, 2013 on Defendant Jerome Eckstein's Motion to Modify Conditions of Release [Doc. 255]. The exhibits attached are as follows:

        Exhibit A – Letter from Paul Aitkin

        Exhibit B – Letter from Charlene Sanchez

        Exhibit C – Letter from J. Vance Kabella

        Exhibit D- Letter from Ray Zamora

                Respectfully Submitted,

                /s/ Jason Bowles
                Jason Bowles
                P.O. Box 25186
                Albuquerque, New Mexico 87125
                Phone: (505) 217-2680
                Facsimile: (505) 217-2681
                Jason@bowlesandcrow.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2013I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for the United States, and current counsel of record for the Defendant(s), to be served with a copy of this pleading by electronic means.

/s/ Jason Bowles
Jason Bowles