

Cheap, Fun, and Easy Alternative to drunk driving.
paul@trolleyusa.com │ (505)433-7386 │www.party-trolley.com

From the Desk of:

Paul Aitken
Founder & CEO
Safe Ride Logistics, LLC.
d/b/a the Party-Trolley
6000 Gibson Blvd SE
P.O. Box 4911
Albuquerque, New Mexico 87196

Re:  Julie and Jerome Eckstein

To whom it may concern:

I have been working with Jerome and Julie for the last year.  I have been leasing space from the Eckstein's for my company; the office is in the tower of their carwash.  I have been in the office many "off-hours," because of the nature of our business.  (We transport party-goers to and from their homes.)

Julie and Jerome have always been very courteous and very professional.  I have never seen any suspicious activity nor would I suspect Julie or Jerome to be dealing drugs or be involved in any suspicious criminal activity. Julie is too vested in her family to risk the wellbeing of her children.  I wouldn't suspect Jerome either, his reputation as a businessman is exceptional around town.  Jerome has been very courteous to me and our relationship goes beyond just a lease agreement.  Jerome has introduced me to other hardworking business owners, and I have never heard a negative or questionable statement concerning Jerome.

Being that I'm in the office at evening hours as well as during the day, I have had the opportunity to see any suspicious activity that could be going on during the day or late night time hours…And I have yet to see anything.

Please feel free to contact me if you have any questions or concerns.  My personal cell phone number is (703)989-4643.


Paul Aitken
Chief Executive Officer
Party-Trolley